| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Taylor Sneed** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Jeremy Sneed** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF ALABAMA | |
| Case number (if known) | 16-30375 | |

■ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7       12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Army Aviation Center Federal Credit Unio**<br><br>Description of property securing debt: **2013 Kia Optima LX 55000 miles [NADA clean retail value shown] Joint Debtor Drives Location: 227 County Road 82 Lot 3, Brundidge AL 36010** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Capital One/Yamaha**<br><br>Description of property securing debt: **2011 Yamaha 350 Grizzly [NADA value shown] Location: 227 County Road 82 Lot 3, Brundidge AL 36010** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's **Old Point National Ban** | ■ Surrender the property. | ■ No |

Official Form 108       Statement of Intention for Individuals Filing Under Chapter 7       page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **Taylor Sneed** | | |
| Debtor 2 | **Jeremy Sneed** | Case number (*if known*) | **16-30375** |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **227 County Road 82 Lot 3 Brundidge, AL 36010 Dale County** **2014 Southern Energy 3BR 2BA Mobile Home [NADA Fair Condition Value Shown]** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | |
| Creditor's name: | **Syncb/Rooms To Go** | ☐ Surrender the property. ■ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | **Couch, Loveseat, Coffee Table, End Tables Location: 227 County Road 82 Lot 3, Brundidge AL 36010** | ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ■ Yes |

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

**Part 3:   Sign Below**

Debtor 1 **Taylor Sneed**
Debtor 2 **Jeremy Sneed** Case number *(if known)* **16-30375**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Taylor Sneed**                                    X **/s/ Jeremy Sneed**
**Taylor Sneed**                                             **Jeremy Sneed**
Signature of Debtor 1                                    Signature of Debtor 2

Date **March 2, 2016**                                 Date **March 2, 2016**